UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN-GABRIEL BERNIER,

                Plaintiff,

           v.

SOCIAL SECURITY ADMINISTRATION
(SSA); UNITED STATES CITIZENSHIP
AND IMMIGRATION SERVICES (USCIS);
UNITED STATES PROBATION OFFICE
(USPO),

              DefendantS.

> USDC-SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC#:
> DATE FILED:  11/2/20

20-CV-8961 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court, having reviewing Plaintiff's motion for preliminary injunctive relief, orders the following:

      Within 14 days of the dates of this order, Plaintiff shall serve copies of the complaint and motion for preliminary injunctive relief on the following:

1. Andrew Saul, Commissioner, Social Security Administration
   6402 Security Blvd., 2nd Floor RMB
   Baltimore, MD 21235

2. U.S. Citizenship and Immigration Services
   Jacob Javits Federal Building
   26 Federal Plaza
   3rd Floor Room 3-120
   New York, NY 10278

3. Eastern District of New York United States Probation
   147 Pierrepont Street
   Brooklyn, NY 11201

4. U.S. Attorney's Office, Southern District of New York
   Civil Division
   86 Chambers Street, 3rd Floor

New York, NY 10007

On November 30, 2020 at 1:00 pm the parties shall appear for a conference on the motion from a preliminary injunction.  If Mr. Bernier is proceeding *pro se* (without an attorney), he is required to appear personally at this conference.  If Mr. Bernier has retained an attorney, he or she should attend the conference in Mr. Bernier's place, although Mr. Bernier is also welcome to attend.  In light of the COVID-19 crisis, the Court will hold this conference by telephone.  The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508.  This conference line is open to the public. The Clerk of Court shall mail a copy of this Order to Mr. Bernier.

SO ORDERED.

Dated:     November 2, 2020
           New York, New York

RONNIE ABRAMS
United States District Judge