UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEAN-GABRIEL BERNIER,

                  Plaintiff,

        v.

SOCIAL SECURITY ADMINISTRATION, *et al.*,

                  Defendants.

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

20-CV-8961 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As discussed in today's conference, the parties are directed to meet and confer, and to submit a joint status letter no later than December 7, 2020.

SO ORDERED.

Dated:    November 30, 2020
              New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge